UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARROLLTON MUNICIPAL COURT, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § | Civil Case 3:17-CV-2240-B -BK |
| JASON BOWDITCH EL, | | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action is remanded *sua sponte* to the 158th Judicial District Court of Denton County. *See* 28 U.S.C. § 1455(b)(4).

SO ORDERED this 3rd day of January, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE